ORIGINAL

FILED
08 MAR 27 PM 2:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
                                    E-filing
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; SONY BMG MUSIC
7  ENTERTAINMENT; WARNER BROS. RECORDS INC.;
   UMG RECORDINGS, INC.; ELEKTRA
8  ENTERTAINMENT GROUP INC.; and CAPITOL
9  RECORDS, INC.

10                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11
                                                              BZ
12                          CV 08           1671
13 | LAFACE RECORDS LLC, a Delaware limited     | CASE NO.
   | liability company; SONY BMG MUSIC          |
14 | ENTERTAINMENT, a Delaware general          | **CERTIFICATION OF INTERESTED**
   | partnership; WARNER BROS. RECORDS          | **ENTITIES OR PERSONS**
15 | INC., a Delaware corporation; UMG          |
   | RECORDINGS, INC., a Delaware corporation;  |
16 | ELEKTRA ENTERTAINMENT GROUP INC.,          |
17 | a Delaware corporation; and CAPITOL        |
   | RECORDS, INC., a Delaware corporation,     |
18 |                     Plaintiffs,            |
19 |                                            |
   |         v.                                 |
20 |                                            |
21 | JOHN DOE,                                  |
   |                     Defendant.             |
22

23
24
25
26
27
28

Certification of Interested Entities or Persons
Case No.
#36441 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  Plaintiff LAFACE RECORDS LLC is a limited liability company owned by SONY BMG
7  MUSIC ENTERTAINMENT, whose ultimate parents are Bertelsmann AG, which is not publicly
8  traded, and Sony Corporation, which is publicly traded in the United States.

9  Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
10 by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
11 none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
12 latter of which is publicly traded in the United States.

13 Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
14 Group Corp., which is publicly traded in the U.S.

15 Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
16 publicly held French company.

17 Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is
18 Warner Music Group Corp., which is publicly traded in the U.S.

19 Plaintiff CAPITOL RECORDS, INC.'s ultimate parent corporation is Maltby Capital
20 Limited, which is not publicly traded.

21 Dated: March 27, 2008                         HOLME ROBERTS & OWEN LLP

                                                By: _____
                                                MATTHEW FRANKLIN JAKSA
                                                Attorney for Plaintiffs
                                                LAFACE RECORDS LLC; SONY BMG
                                                MUSIC ENTERTAINMENT; WARNER
                                                BROS. RECORDS INC.; UMG
                                                RECORDINGS, INC.; ELEKTRA
                                                ENTERTAINMENT GROUP INC.; and
                                                CAPITOL RECORDS, INC.

Certification of Interested Entities or Persons
Case No.
#36441 v1