1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   LAFACE RECORDS LLC; SONY BMG MUSIC
7  ENTERTAINMENT; WARNER BROS. RECORDS INC.;
   UMG RECORDINGS, INC.; ELEKTRA
8  ENTERTAINMENT GROUP INC.; and CAPITOL
9  RECORDS, INC.

E-filing

**BZ**

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11
12                      CV 08        1671

13 | LAFACE RECORDS LLC, a Delaware limited      | CASE NO.
   | liability company; SONY BMG MUSIC
14 | ENTERTAINMENT, a Delaware general           | **[PROPOSED] ORDER GRANTING *EX
   | partnership; WARNER BROS. RECORDS           | PARTE* APPLICATION FOR LEAVE TO
15 | INC., a Delaware corporation; UMG           | TAKE IMMEDIATE DISCOVERY**
16 | RECORDINGS, INC., a Delaware corporation;
   | ELEKTRA ENTERTAINMENT GROUP INC.,
17 | a Delaware corporation; and CAPITOL
   | RECORDS, INC., a Delaware corporation,
18 |                    Plaintiffs,
19
         v.
20
21 JOHN DOE,
                       Defendant.
22

1       Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2   Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3       ORDERED that Plaintiffs may serve immediate discovery on California State University,
4   Monterey Bay to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks
5   documents that identify Defendant, including the name, current (and permanent) address and
6   telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7   disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8       IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9   the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10  under the Copyright Act.

14  Dated: _____        By: _____
                                            United States District Judge

---

1

[Proposed] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#36445 v1