AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | E-filing | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |  |
|---|---|---|
| DOCKET NO. | DATE FILED | CV 08    1671 BZ |
| **PLAINTIFF**<br>LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC. | | **DEFENDANT**<br>JOHN DOE |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.146.194 2007-10-30 22:32:00 EDT

**CASE ID#** 146507279

**P2P Network:** GnutellaUS

**Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Bury Me With It | Good News For People Who Love Bad News | 353-218 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Elektra Entertainment Group Inc. | Steel Pulse | Earth Crisis | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Warner Bros. Records Inc. | The Flaming Lips | Fight Test | Yoshimi Battles the Pink Robots | 316-677 |
| Elektra Entertainment Group Inc. | Phish | Heavy Things | Farmhouse | 281-388 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.194 2007-10-30 22:32:00 EDT          **CASE ID#** 146507279

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Bury Me With It | Good News For People Who Love Bad News | 353-218 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Elektra Entertainment Group Inc. | Steel Pulse | Earth Crisis | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Warner Bros. Records Inc. | The Flaming Lips | Fight Test | Yoshimi Battles the Pink Robots | 316-677 |
| Elektra Entertainment Group Inc. | Phish | Heavy Things | Farmhouse | 281-388 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

# EXHIBIT A

# JOHN DOE

**IP Address:** 207.62.146.194 2007-10-30 22:32:00 EDT

**CASE ID#** 146507279

**P2P Network:** GnutellaUS

**Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Bury Me With It | Good News For People Who Love Bad News | 353-218 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Elektra Entertainment Group Inc. | Steel Pulse | Earth Crisis | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Warner Bros. Records Inc. | The Flaming Lips | Fight Test | Yoshimi Battles the Pink Robots | 316-677 |
| Elektra Entertainment Group Inc. | Phish | Heavy Things | Farmhouse | 281-388 |

AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO.            DATE FILED | |

| PLAINTIFF<br>LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.194 2007-10-30 22:32:00 EDT

**CASE ID#** 146507279

**P2P Network:** GnutellaUS

**Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Bury Me With It | Good News For People Who Love Bad News | 353-218 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Elektra Entertainment Group Inc. | Steel Pulse | Earth Crisis | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Warner Bros. Records Inc. | The Flaming Lips | Fight Test | Yoshimi Battles the Pink Robots | 316-677 |
| Elektra Entertainment Group Inc. | Phish | Heavy Things | Farmhouse | 281-388 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court, Northern District |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

## EXHIBIT A

## JOHN DOE

**IP Address:** 207.62.146.194 2007-10-30 22:32:00 EDT             **CASE ID#** 146507279

**P2P Network:** GnutellaUS                                        **Total Audio Files:** 437

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| LaFace Records LLC | TLC | Waterfalls | CrazySexyCool | 198-743 |
| SONY BMG MUSIC ENTERTAINMENT | Modest Mouse | Bury Me With It | Good News For People Who Love Bad News | 353-218 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Wake Me Up Before You Go-Go (single) | 57-557 |
| UMG Recordings, Inc. | Nelly | Grillz | Grillz (single) | 385-148 |
| Elektra Entertainment Group Inc. | Steel Pulse | Earth Crisis | Earth Crisis | 53-776 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| Warner Bros. Records Inc. | The Flaming Lips | Fight Test | Yoshimi Battles the Pink Robots | 316-677 |
| Elektra Entertainment Group Inc. | Phish | Heavy Things | Farmhouse | 281-388 |