UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAFACE RECORDS LLC, et al., )
                            )
        Plaintiff(s),       )    No. C08-1671 BZ
                            )
    v.                      )
                            )
JOHN DOE,                   )
                            )
        Defendant.          )
                            )
_____)

Upon plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on California State University, Monterey Bay, to obtain the identity of defendant John Doe by serving a Rule 45 subpoena that seeks information sufficient to identify John Doe, including the name, current and permanent addresses and telephone numbers, e-mail address, and Media Access Control (MAC) address for John Doe.  Without such discovery, plaintiffs cannot identify John Doe, and thus cannot pursue their lawsuit aimed at protecting their

1

1  copyrighted works from infringement.

2  **IT IS FURTHER ORDERED** that any information disclosed to
3  plaintiffs in response to the Rule 45 subpoena may be used by
4  plaintiffs solely for the purpose of protecting plaintiffs'
5  rights under the Copyright Act.

6  **IT IS FURTHER ORDERED** if the University's funding makes
7  it subject to 20 U.S.C. section 1232g, the University shall
8  follow 20 U.S.C. section 1232g(b)(2)(B) in producing the
9  information.

10  Dated: April 24, 2008

12  _____
13  Bernard Zimmerman
    United States Magistrate Judge

G:\BZALL\-BZCASES\LAFACE RECORDS V. DOE\ORDER GRANTING IMMEDIATE DISCOVERY.wpd

2