UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAFACE RECORDS LLC, et al.,

      Plaintiff(s),

  v.

JOHN DOE,

      Defendant.

No. C08-1671 BZ

**ORDER GRANTING IMMEDIATE DISCOVERY**
(caption of order added)

Upon plaintiffs' Ex Parte Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, **IT IS HEREBY ORDERED** that plaintiffs may serve immediate discovery on California State University, Monterey Bay, to obtain the identity of defendant John Doe by serving a Rule 45 subpoena that seeks information sufficient to identify John Doe, including the name, current and permanent addresses and telephone numbers, e-mail address, and Media Access Control (MAC) address for John Doe.  Without such discovery, plaintiffs cannot identify John Doe, and thus cannot pursue their lawsuit aimed at protecting their

1