Dawniell Alise Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: dawniell.zavala@hro.com

Attorneys for Plaintiffs,
LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　　　Defendant. | CASE NO. 4:08-CV-01671-SBA<br><br>Honorable Saundra Brown Armstrong<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Laface Records Llc, et al., by
2  and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim
3  against Defendant John Doe, also identified as ID # 146507279 with IP address 207.62.146.194
4  2007-10-30 22:32:00 EDT, each party to bear its/his own fees and costs.  The Clerk of Court is
5  respectfully requested to close this case

7  Dated:  June 25, 2008                     HOLME ROBERTS & OWEN LLP

9                     By:  _____/s/ Dawniell Alise Zavala_____
                            DAWNIELL ALISE ZAVALA
                            Attorney for Plaintiffs
                            LAFACE RECORDS LLC; SONY BMG
                            MUSIC ENTERTAINMENT; WARNER
                            BROS. RECORDS INC.; UMG
                            RECORDINGS, INC.; ELEKTRA
                            ENTERTAINMENT GROUP INC.; and
                            CAPITOL RECORDS, INC.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 4:08-cv-01671-SBA
#38440 v1